# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREVER 21, INC., <br><br> Plaintiff, <br><br> v. <br><br> CROSSROADS TRADING CO., INC., et al. <br><br> Defendants. | Case No. 14-1913 DSF (RZx) <br><br> **DEFAULT JUDGMENT AGAINST BASEMENT CLOTHING USA, INC. AND BROWN & BROWN SALES, LLC** |

Default Judgment

The Court having read and considered Plaintiff's unopposed Motion for Default Judgment Against Basement Clothing USA, Inc., and Brown & Brown Sales, LLC,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

(1) Plaintiff Forever 21, Inc., is awarded $600,000 in statutory damages against Basement Clothing USA, Inc., and Brown & Brown Sales, LLC, jointly and severally.

(2) Plaintiff is awarded attorneys' fees in the amount of $15,600 against Basement Clothing USA, Inc., and Brown & Brown Sales, LLC, jointly and severally.

(3) Pursuant to 28 U.S.C. § 1961, this judgment shall bear interest at the rate of .51% per annum.

Dated: December 14 2015

_____
Hon. Dale S. Fischer
United States District Judge